IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **WENDY WILLIAMS,** | * |
| Plaintiff, | * |
| vs. | * CIVIL ACTION NO. 23-00456-KD-B |
| **NEXSTAR MEDIA GROUP,** *et al.*, | * |
| Defendants. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) and dated February 8, 2024 (Doc. 7) is **ADOPTED** as the opinion of this Court.

Accordingly, this action is **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 41(b) and this Court's inherent authority for Plaintiff's failure to prosecute and failure to obey the Court's order.[1]

**DONE** this 29th day of March 2024.

> **s/ Kristi K. DuBose**
> **KRISTI K. DuBOSE**
> **UNITED STATES DISTRICT JUDGE**

---

[1] Williams failed to file an amended motion to proceed in forma pauperis, failed to pay the filing fee, and failed to file a Second Amended Complaint to correct certain deficiencies within the time period ordered by the Court (See Doc. 6).