```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION
```

WENDY WILLIAMS,                    *
                                   *
    Plaintiff,                     *
                                   *
vs.                                * CIVIL ACTION NO. 23-00456-KD-B
                                   *
NEXSTAR MEDIA GROUP, *et al.*,     *
                                   *
    Defendants.                     *

## JUDGMENT

In accordance with the Order entered this date, t is **ORDERED, ADJUDGED,** and **DECREED** that this action is **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 41(b) and this Court's inherent authority for Plaintiff's failure to prosecute and failure to obey the Court's order.

**DONE** this 29th day of March 2024.

                                                    **s/ Kristi K. DuBose**
                                                    **KRISTI K. DuBOSE**
                                                    **UNITED STATES DISTRICT JUDGE**